2
Stephen M. Reynolds, CSB 148902
**Reynolds Law Corporation**
424 Second Street, Suite A
Davis, CA 95616
530 297 5030 Telephone
530 297 5077 Facsimile
sreynolds@lr-law.net   Email

Attorneys for Debtor-in-Possession
Victoria Gewalt

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In re: | ) | Case No. | 21-20600-C-11 |
|---|---|---|---|
|  | ) | DCN: | RLC-02 |
|  | ) | Date: |  |
| Victoria Gewalt, | ) | Time: |  |
|  | ) | Dept: | C |
| Debtor. | ) | Courtroom: | 35 |
|  | ) | Judge: | Klein |
|  | ) |  |  |

**DEBTOR'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO SELL REAL PROPERTY**

Debtor Victoria Gewalt (Debtor) through her attorney Stephen M. Reynolds, hereby requests that the Court shorten time to allow the hearing of Debtor's Motion to Sell Real Property (RLC-3) on shortened time. Normally 35 days' notice is required. Debtors is requesting that time be shortened to allow the sale motion to be heard on March 24, 2021 at 11:00 a.m. with service to all creditors no later than March 5, 2021 or 19 days' notice. Federal Rule of Bankruptcy Procedure 9006(c) (1) provides that the Court, for cause shown may reduce the time required for a hearing. Eastern District Local Rule 9014(f) (3) similarly provides for hearings on less than fourteen days' notice.

In support of their request, Debtor states as follows:

1. Debtor filed a petition under Chapter 11 Subchapter V on February 22, 2021.

2. Debtor remains as Debtor-in-Possession and will be proposing a liquidating Plan of Reorganization that will pay all creditors in full with the sale of California and Texas rental properties.

3. It is imperative that the sale proceed on March 24, 2021. Debtor is an experienced real estate investor and developer with thirty years' experience in the field. The property was listed for sale prior to the bankruptcy filing and three offers have been obtained. The property is the subject of a ski season rental and will stop generating rent at the end of April, 2021. The property is subject to two deeds of trust and a prompt sale and closing will minimize interest expense to the benefit of the debtor, the estate and the creditors of the estate

**WHEREFORE**, Debtor requests that this Court allow for the hearing on Debtor's Motion to Sell Real Property on March 24, 2021 with mailing or other service to all parties to be completed no later than March 5, 2024, opposition if any to be filed by March 19, 2021, and for such further relief as the court deems proper.

Dated: March 3, 2021   **Reynolds Law Corporation**

/s/ Stephen M. Reynolds
Stephen M. Reynolds
Attorney for Victoria Gewalt

APPLICATION FOR ORDER SHORTENING TIME FOR SALE OF REAL PROPERTY