3
Stephen M. Reynolds, CBN 148902
**Reynolds Law Corporation**
424 2nd Street, Ste. A
Davis, CA 95616
(530) 297-5030 Phone
(530) 297-5077 Fax
sreynolds@lr-law.net  email

Attorney for Debtor-in-Possession
Victoria Gewalt

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In Re: | ) | Case No. | 21-20600-C-11 |
|---|---|---|---|
|  | ) | DCN: | RLC-3 |
| Victoria Gewalt, | ) | Date: | March 24, 2021 |
|  | ) | Time: | 11:00 a.m. |
|  | ) | Dept: | C |
|  | ) | Courtroom: | 35 |
| Debtor. | ) | Judge. | Klein |

**NOTICE OF MOTION TO APPROVE SALE OF
REAL PROPERTY, COMPENSATION
TO BROKER, AND WAIVER OF 14 DAY STAY PERIOD**
**[11 U.S.C. §363(f)]**

**PLEASE TAKE NOTICE** that on March 24, 2021 before the Honorable Christopher M. Klein, United States Bankruptcy Court Judge, located in Department C, Courtroom 35, 6th Floor of the above-captioned Court located at 501 I Street, Sacramento, CA 95814, Stephen M. Reynolds, on behalf of Victoria Gewalt, will move the Court for an order approving sale of real property of the estate, compensation to broker, waiver of the 14 day stay period and for such other and further relief as the Court deems proper. Parties are advised that all hearings are currently conducted telephonically.

**YOU ARE FURTHER NOTIFIED** that the proposed hearing date is subject to a pending Application for Order Shortening Time. In the event that the Court does not grant the Application the hearing date for the proposed sale will be continued to another date.

**YOU ARE FURTHER NOTIFIED** that the property in question is commonly

known as commonly known as 490 Club Drive, Tahoe City, CA 96145, APN 083-340-016-000 ("Property") comprising a residence of approximately 1,176 square feet on an approximately 1/3rd acre lot. Debtor has accepted an offer to purchase in the amount of $826,000[1]. Debtors intend to pay the first and second priority deeds of trust totaling approximately $596,000, sales commissions and costs of sale directly from escrow.

**YOU ARE FURTHER NOTIFIED** that pursuant to Local Rule 9014-1(f) and the proposed Order Shortening Time, opposition, if any, to the Motion shall be in writing and shall be served and filed with the Court by the responding party no later than March 19, 2021. Opposition must be filed with the clerk of the Court, and served upon counsel for Victoria Gewalt, Stephen M. Reynolds, 424 Second Street, Suite A, Davis, CA 95616 and upon the Office of the US Trustee, 501 "I" Street, Suite 7-500, Sacramento, CA 95814. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Moreover, under Local Rule 9014-1(f), the opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Federal Rule of Civil Procedure 43(e) as made applicable by Federal Rule of Bankruptcy Procedure 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the objection and all disputed material factual issues pursuant to Federal Rule of Civil Procedure 43(e).

---

[1] Less ski rental income from March 10 to closing but not to exceed $4,000.

Parties responding to the motion are urged to consult the local rules of practice which, among other sources, is available at the Court's website located at www.caeb.uscourts.gov/.

Dated: March 4, 2021        **REYNOLDS LAW CORPORATION**

 /s/ Stephen M. Reynolds
Stephen M. Reynolds
Attorneys for Victoria Gewalt