Stephen M. Reynolds, CBN 148902
**Reynolds Law Corporation**
424 2nd Street, Ste. A
Davis, CA 95616
(530) 297-5030 Phone
(530) 297-5077 Fax
sreynolds@lr-law.net  email

Attorney for Debtor-in-Possession
Victoria Gewalt

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Victoria Gewalt,<br><br>Debtor. | Case No.　21-20600-C-11<br>DCN:　RLC-3<br>Date:　March 24, 2021<br>Time:　11:00 a.m.<br>Dept:　C<br>Courtroom:　35<br>Judge.　Klein |

### DECLARATION OF VICTORIA GEWALT IN SUPPORT OF MOTION TO APPROVE SALE OF REAL PROPERTY, COMPENSATION TO BROKER, AND WAIVER OF 14 DAY STAY PERIOD
[11 U.S.C. §363(f)]

I, Victoria Gewalt, am the Chapter 11 debtor and debtor-in-possession in the above captioned case am familiar with the content of this Declaration and if called to testify could and would provide competent testimony thereto.

1. True and correct copies of the copies of the Purchase and Sale Agreement dated February 28, 2021 and amended by Seller Multiple Counter Offer No. 1 dated March 2, 2021 and Buyer Counter Offer No. 1 executed by Victoria Gewalt on March 3, 2021 as well as the Residential Listing Agreement attached to the Exhibits filed in support of the present motion.

2. I employed Julie Weed of West Lake Properties at Tahoe prior to the filing of the present case. She has done a good job exposing the property to market and has reduced her commission to five percent. I have more than thirty years' experience

acquiring, developing and selling real estate, my opinion of the value of Ms. Weed's performance is an informed opinion.

3. Under the circumstances of this case, I believe that a quick closing is desirable. We have a very clean cash offer. I am afraid that unnecessary delay would force our buyer to look elsewhere.

4. The capital gains basis in the subject property was stepped up a few years ago on my husband's death. There will be some capital gains liability, but I estimate that liability on the order of thirty thousand dollars.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: *Victoria Gewalt* /s/ Victoria Gewalt
Victoria Gewalt