Stephen M. Reynolds, CSB 148902
**Reynolds Law Corporation**
424 Second Street, Ste. A
Davis, CA. 95616
530 297 5030 voice
530 297 5077 fax
sreynolds@lr-law.net

Attorney for Debtor Victoria Gewalt

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 21-20600-C-11 |
| Victoria Gewalt | No hearing required. |
| Debtor. | Judge Christopher M. Klein |

## PROOF OF SERVICE

I am a citizen of the United States of America and am an employee in the County of Yolo. I am over the age of eighteen and not a party to the within action; my business address is 424 Second Street, Suite A, Davis, California 95616.

On March 4, 2021, I served the following:

1. **Application for Order Shortening Time**
2. **Declaration ISO Application to Shorten Time**
3. **Proposed Order Shortening Time**
4. **Notice of Motion to Sell Real Property**
5. **Motion to Sell Real Property**
6. **Declaration ISO Motion to Sell Real Property**
7. **Exhibits in Support of Motion to Approve Sale of Real Property**
8. **RLC-2 Submission Confirmation**
9. **RLC-3 Submission Confirmation**

///
///

-1-

Proof of Service RLC-2 and RLC-3

via electronic mail to:

| | |
|---|---|
| Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 | ustpregion17.sc.ecf@usdoj.gov |
| Walter Dahl<br>Bankruptcy Trustee | WDahl@DahlLaw.net |
| Edmund Gee<br>U.S. Trustee | edmund.gee@usdoj.gov |
| Edward T. Weber<br>Attorney for Secured Creditors<br>Ron Meyer, Thomas Meyer, and Amy Meyer | ed@eweberlegal.com |

On March 5, 2021, I also caused the following to be served utilizing an Approved Bankruptcy Notice Provider:

1. Application for Order Shortening Time
2. Declaration ISO Application to Shorten Time
3. Proposed Order Shortening Time
4. Notice of Motion to Sell Real Property
5. Motion to Sell Real Property
6. Declaration ISO Motion to Sell Real Property

Please see the attached Certificate of Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2021 at Davis, California.

/s/ Stephen M. Reynolds
Stephen M. Reynolds
Attorney for Debtor

Proof of Service RLC-2 and RLC-3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE:

VICTORIA GEWALT

CASE NO: 21-20600-C-11

DECLARATION OF MAILING
CERTIFICATE OF SERVICE

Chapter: 11

On 3/5/2021, I did cause a copy of the following documents, described below,

RLC-2 Application for Order Shortening Time

RLC-2 Declaration ISO Application to Shorten Time

RLC-2 Proposed Order Shortening Time

RLC-3 Notice of Motion to Sell Real Property

RLC-3 Motion to Sell Real Property

Declaration ISO Motion to Sell Real Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/5/2021

/s/ Stephen M. Reynolds
Stephen M. Reynolds  148902
Reynolds Law Corporation
424 2nd Street, Ste. A
Davis, CA  95616
530 297 5030

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE:

VICTORIA GEWALT

CASE NO: 21-20600-C-11

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 3/5/2021, a copy of the following documents, described below,

RLC-2 Application for Order Shortening Time

RLC-2 Declaration ISO Application to Shorten Time

RLC-2 Proposed Order Shortening Time

RLC-3 Notice of Motion to Sell Real Property

RLC-3 Motion to Sell Real Property

Declaration ISO Motion to Sell Real Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/5/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M. Reynolds
Reynolds Law Corporation
424 2nd Street, Ste. A
Davis, CA  95616

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

```
LABEL MATRIX FOR LOCAL NOTICING      800 LOANMART                          AMEX
09722                                 15400 SHERMAN WAY STE 17              PO BOX 981535
CASE 21-20600                         VAN NUYS CA 91406-4271                EL PASWO TX 79998-1535
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO
FRI MAR 5 07-27-23 PST 2021


CACH LLC                              CALIFORNIA FRANCHISE TAX BOARD        CAZ CREEK TS II LLC
RESURGENT CAPITAL SERVICES            BANKRUPTCY SECTION MSA340             14800 LANDMARK BLVD
PO BOX 10587                          PO BOX 2952                           DALLAS TX 75254-7565
GREENVILLE SC 29603-0587              SACRAMENTO CA 95812-2952


WALTER R DAHL                         ENHANCED RECOVERY CO L                FIRST GUARANTY BANK
2304 N ST                             8014 BAYBERRY RD                      PO BOX 2009
SACRAMENTO CA 95816-5716              JACKSONVILLE FL 32256-7412            HAMMOND LA 70404-2009


                                      DEBTOR
EDMUND GEE                            VICTORIA M GEWALT                     GLORIA JEAN BOWMAN
501 I STREET 7500                     9649 STERLING POINTE COURT            11220 HICKORY LANE
SACRAMENTO CA 95814-7304              LOOMIS CA 95650-7120                  HOUSTON TX 77005


GULAMALI FAIZULLAH                    HARRISON DUNCAN PLLC                  IRS
1922 RALSTON BRANCH                   8700 CROWNHILL                        PO BOX 7346
SUGAR LAND TX 77479-4543              SUITE 505                             PHILADELPHIA PA 19101-7346
                                      SAN ANTONIO TX 78209-1130


INTERNAL REVENUE SERVICE              LINCOLN AUTOMOTIVE FIN                MECHANICS BANK
PO BOX 7346                           12110 EMMET ST                        725 ALFRED NOBEL DR
PHILADEPHIA PA 19101-7346             OMAHA NE 68164-4263                   HERCULES CA 94547-1897


MECHANICS BANK N A                    AMY MEYER                             RON MEYER
PO BOX 6010                           LAW OFFICES OF EDWARD T WEBER         LAW OFFICES OF EDWARD T WEBER
SANTA MARIA CA 93456-6010             17151 NEWHOPE STREET 203              17151 NEWHOPE STREET 203
                                      FOUNTAIN VALLEY CA 92708-4226         FOUNTAIN VALLEY CA 92708-4226


THOMAS MEYER                          OFFICE OF THE US TRUSTEE              PACIFIC FUNDING SOLUTIONS
LAW OFFICES OF EDWARD T WEBER         ROBERT T MATSUI UNITED STATES         114 HASLEMERE STREET
17151 NEWHOPE STREET 203              COURTHOUSE                            HAYWARD CA 94540
FOUNTAIN VALLEY CA 92708-4226         501 I STREET ROOM 7-500
                                      SACRAMENTO CA 95814-7304


PROSPERITY BANK                       STEPHEN M REYNOLDS                    RON MEYER EQUITY TRUST COMPANY
1301 N MECHANIC ST                    424 2ND ST A                          3281 GARNET PLACE
EL CAMPO TX 77437-2633                DAVIS CA 95616-4675                   SIMI VALLEY CA 93063-2141
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SAFY KHALIFA                        SANTANDER CONSUMER USA           VINCENT PANIGAZZI
3708 PAINTED PONY ROAD              PO BOX 961245                    PO BOX 761
EL SOBRANTE CA 94803-2112           FT WORTH TX 76161-0244           MALIBU CA 90265-0761


WT CAPITAL LENDER SERVICES          EDWARD T WEBER                   WEINTRAUB TOBIN
7522 NORTH COLONIAL AVENUE          17151 NEWHOPE STREET SUITE 203   400 CAPITOL MALL
SUITE 1001                          FOUNTAIN VALLEY CA 92708-4226    11TH FLOOR
FRESNO CA 93711-5871                                                 SACRAMENTO CA 95814-4434
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

(Creditor)
Thomas Meyer
Law Offices of Edward T. Weber
17151 Newhope Street #203
Fountain Valley, CA 92708
represented by:
Edward T. Weber
17151 Newhope Street, Suite 203
Fountain Valley, CA 92708

(Creditor)
Ron Meyer
Law Offices of Edward T. Weber
17151 Newhope Street #203
Fountain Valley, CA 92708
represented by:
Edward T. Weber
17151 Newhope Street, Suite 203
Fountain Valley, CA 92708

(Creditor)
Amy Meyer
Law Offices of Edward T. Weber
17151 Newhope Street #203
Fountain Valley, CA 92708
represented by:
Edward T. Weber
17151 Newhope Street, Suite 203
Fountain Valley, CA 92708

(Debtor)
Victoria M Gewalt
9649 Sterling Pointe Court
Loomis, CA 95650
represented by:
Stephen M. Reynolds
424 2nd St #A
Davis, CA 95616

(U.S. Trustee)
Tracy Hope Davis
represented by:
Edmund Gee
501 I Street #7-500
Sacramento, CA 95814

(Trustee)
Walter R. Dahl
2304 N St
Sacramento, CA 95816-5716