1
Stephen M. Reynolds, CSB 148902
**Reynolds Law Corporation**
424 Second Street, Suite A
Davis, CA 95616
530 297 5030 Telephone
530 297 5077 Facsimile
sreynolds@lr-law.net  Email

Attorneys for Debtor-in-Possession
Victoria Gewalt

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In re: | ) | Case No. | 21-20600-C-11 |
|---|---|---|---|
|  | ) | DCN: | RLC-02 |
|  | ) | Date: |  |
| Victoria Gewalt, | ) | Time: |  |
|  | ) | Dept: | C |
| Debtor. | ) | Courtroom: | 35 |
|  | ) | Judge: | Klein |

**ORDER ON
DEBTOR'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME
FOR HEARING ON MOTION TO SELL REAL PROPERTY**

Upon the Application of Debtor Victoria ("Debtor") for an Order Shortening time for Hearing on Motion to Sell Real Property and for good cause shown:

**IT IS ORDERED**

1. Debtor's Motion for Sale of Real Property (RLC-3) shall be heard on March 24, 2021, at 11:00 a.m.
2. Opposition, if any, shall be filed no later than March 19, 2021.
3. Service of the Motion to Sell Real Property shall be by U.S. Mail and email where possible and shall be completed by March 5, 2021.

Dated: March 07, 2021

_[signature]_
United States Bankruptcy Judge

PAGE 1

RECE
March 04, 2021
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006940722