3
Stephen M. Reynolds CSB 148902
Reynolds Law Corporation
424 Second Street, Ste. A
Davis, CA. 95616
530 297 5030 voice
530 297 5077 fax
sreynolds@lr-law.net

Attorney for Debtor Victoria Gewalt.

# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Victoria Gewalt,<br><br>    Debtor. | Case No. 21-20600-C -11<br><br>Date: March 24, 2021<br>Time: 11:00 a.m.<br>Dept: C<br>Ctrm: 35, 6th Floor<br><br>Chapter 11<br><br>Judge Christopher M. Klein |

**SUBCHAPTER V CHAPTER 11 STATUS CONFERENCE REPORT**
**FOR MARCH 24, 2021 STATUS CONFERENCE**
**[11 U.S.C. § 1188]**

Subchapter V Chapter 11 Debtor and Debtor-in-Possession Victoria Gewalt provides this Status Conference Report for the continued status conference to be held March 24, 2021.

Statutory Duties. Debtor has a prepetition bank account with Mechanics Bank, Mechanics Bank has received notice of the present case. Debtor has filed a copy of her most current tax return with the Court pursuant to 11 U.S.C. 1187(a), 1116(a)(1) and 1116(1)(B). She did not have a current balance sheet, statement of operations or cash-flow statement.

Status Conference Report

**History of the Debtor.** Debtor filed the present voluntary Chapter 11 case under Subchapter V of the Bankruptcy Code on February 22, 2021. Walter Dahl has been appointed Subchapter V Trustee. Debtor and her late husband were involved in real estate development, acquisition and sales for approximately thirty years. Debtor has experienced serious reverses in her real estate investments since 2008. She has sold properties over the last few years and borrowed against remaining properties at increasingly disadvantageous terms in an effort to retain properties. The immediate cause of the present case was a Trustee's Sale of her residence that was continued to February 24, 2021.

**Type of Plan.** Debtor hopes for the confirmation of a consensual Plan of Reorganization. Her Plan of Reorganization will be a liquidating plan. Debtor intends to sell investment real property in California and Texas to pay the debt secured by the investment properties as well as the debt secured by her residence. Some of Debtor's interests are undeveloped real property held directly by the Debtor or in Partnerships owned by the Debtor and other parties. These properties may require extended marketing periods. However, there are at least four parcels that are immediately marketable including 490 Club Drive, Tahoe City, California, 801 and 807 Wheelock Street, Franklin, Texas (36- and 16-unit apartment buildings) and 4403 Carter Creek, No. 6, Bryan, Texas a vacant two-bedroom, one bath condominium. It is anticipated that a Plan of Reorganization will be filed prior to the Status Conference.

**Valuation of Assets.** Debtor does not anticipate any litigation regarding valuation of assets.

**Cash Collateral.** Debtor does not anticipate cash collateral issues in this case. The two apartment buildings generating rents are operated by a Limited Liability Company owned by the Debtor.

**Adversary Proceedings.** Debtor does not anticipate filing any adversary proceedings.

**Environmental Issues.** Debtor is unaware of any environmental issues that impact the Debtor or might impair future business operations.

Status Conference Report

**Claim Objections.** The claim deadline in this case is May 3, 2021 for most creditors and August 21, 2021 for governmental claims. There are no current plans for claim objections.

**Post-Confirmation Sale of Assets.** Debtor intends to continue selling assets as necessary to implement the Plan of Reorganization after Plan Confirmation. It is anticipated that 11 U.S.C. 363 sales will be conducted after Plan Confirmation.

**Anticipated Professional Fees.** Debtor anticipates significant attorney and realtor fees will be incurred as properties are sold. The employment of a tax accountant is anticipated. Because there was a step up in basis upon the death of Debtor's husband the capital gain tax liability of the estate will be limited. There will also be Subchapter V Trustee fees. If a non-consensual plan is confirmed there will be post-confirmation Subchapter V Trustee fees.

**Efforts to obtain a consensual Plan of Reorganization.** To the extent that creditors are assured of a pay-off in a reasonable period of time they may be anticipated to accept a liquidating plan. The largest unsecured creditor is the Weintraub Tobin law firm. The Weintraub Tobin firm represented the Debtor in litigation with Debtor's deceased husband's brother. Counsel for Debtor has discussed the proposed plan with Weintraub Tobin and anticipates the firm will continue to demonstrate the consideration that the firm showed prior to filing.

Dated: March 10, 2021

Reynolds Law Corporation

BY: /s/ Stephen M. Reynolds
Attorney for Victoria Gewalt

Status Conference Report