**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Victoria M Gewalt   **Case No.:** 21-20600 - C - 11
  **Docket Control No.** RLC-3
  **Date:** 03/24/2021
  **Time:** 11:00 AM

**Matter:** [25] - Motion to Sell Free and Clear of Liens [RLC-3] Filed by Debtor Victoria M Gewalt (Fee Paid $188) (eFilingID: 6940732) (jflf) [25] - Motion/Application to Pay [RLC-3] Filed by Debtor Victoria M Gewalt (jflf)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Diamond Reporters
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Debtor - Victoria M Gewalt; (by phone) Debtor's Attorney - Stephen M. Reynolds
**Respondent(s):**
(by phone) Trustee - Walter R. Dahl; (by phone) Creditor's Attorney - Sarah M. Cox

---

**CIVIL MINUTES**

Motion Granted; Fed. R. Bank. P. 6004(h) waived

Findings of fact and conclusions of law stated orally on the record

  **ORDER TO BE PREPARED BY: Movant(s)**